Michael J. Flynn
P.O. Box 690
Rancho Santa Fe, CA 92067; and
1 Center Plaza, Suite 240
Boston, MA 02108
Tel: 858-775-0707; Fax: 858-759-0711
Mike @mjfesq.com

Pro Se for Plaintiff Michael J. Flynn.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Dennis Lee Montgomery,<br>Brenda Kathleen Montgomery<br><br>Debtors<br>______________________<br><br>Michael J. Flynn,<br>Plaintiff,<br><br>vs.<br><br>Dennis Lee Montgomery, et al<br><br>Defendants.<br>______________________ | CASE NO.: 6:09-BK-24322-BB<br><br>Adversary No.: 6:09-01482-BB<br>Chapter 7<br><br><br><br>**<u>Plaintiff's Response and Opposition to the Order to Show Cause Filed Feb. 9, 2010.</u>** |

Plaintiff Michael J. Flynn responds and opposes the Order to Show Cause filed February 9, 2010 as follows:

1. Mr. Flynn was unaware that there was a "status conference," on February 3, 2010, and was under the impression that the adversary proceeding was stayed. (*See* "Tentative Ruling," entered Nov. 10, 2009, attached to the Flynn declaration at Ex. A, filed herewith). Had Mr. Flynn known there was a status conference he would have been present, and he does not want his

adversary proceeding dismissed.

2. At this time Mr. Flynn has filed a Joint Status Report, and therefore he has cured that issue. (See docket). There was no prejudice to the defendants who filed their Joint Status Report less than two weeks ago; and plaintiff apologizes to the Court for any inconvenience to the Court, however, he was unaware of the conference.

3. At this time, Mr. Flynn has also attempted to participate in an "early meeting" of counsel with repeated phone calls to defendants' lawyer, Mr. Eisenberg. (Flynn Decl., filed herewith).

Therefore, for all of the above reasons, all of the issues are moot, and the Plaintiff respectfully requests that this Court moot the OSC filed Feb. 9, 2010.

Respectfully Submitted for the Plaintiff,

Dated: Feb. 15, 2010

By:________________________
Michael J. Flynn

Michael J. Flynn
P.O. Box 690
Rancho Santa Fe, CA 92067; and
1 Center Plaza, Suite 240
Boston, MA 02108
Tel: 858-775-0707; Fax: 858-759-0711; Mike@mjfesq.com
Pro Se for Plaintiff Michael J. Flynn.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Dennis Lee Montgomery,<br>Brenda Kathleen Montgomery<br>Debtors | CASE NO.: 6:09-BK-24322-BB<br><br>Adversary No.: 6:09-01482-BB<br>Chapter 7 |
| Michael J. Flynn,<br>Plaintiff,<br><br>vs.<br><br>Dennis Lee Montgomery, et al<br><br>Defendants. | **<u>Declaration in Support of Plaintiff's Response and Opposition to the Order to Show Cause Filed Feb. 9, 2010.</u>** |

I, Michael J. Flynn, declare:

1. I am a member of good standing of the Bar of the Commonwealth of Massachusetts, and I am representing myself in the above adversary proceeding for unpaid fees and costs that are owed to my by Dennis Montgomery, his wife and family trust. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to them. I file this declaration in support of my opposition to the OSC filed February 9, 2010.

2. I was unaware that there was a "status conference," on Feb. 3, 2010, in this case, and believed the case was stayed as indicated in the tentative order, attached hereto at **<u>Ex. A</u>**.

3. I have now filed a Joint Status report and attempted to speak to defendants' lawyer, Mr. Eisenberg with repeated phone calls to his office so the issues in the OSC are moot.

I declare under the penalty of perjury under the laws of the United States and the State of CA that the foregoing is true and correct. Signed this 16th day of Feb., 2010, in San Diego county.

Michael J. Flynn

*In re: Dennis Lee Montgomery and Brenda Kathleen Montgomery*, 6:09-bk-24322 BB; and *Michael J. Flynn v. Montgomery et al*, Adversary No. 6:09-ap-01482 BB

**EXHIBIT A** to Plaintiff Flynn's opposition to OSC entered 2/9/10

**United States Bankruptcy Court**
**Central District of California**

**Riverside**

**Judge Sheri Bluebond, Presiding**

**Courtroom 303 Calendar**

**Tuesday, November 10, 2009** **Hearing Room 303**

10:00 am

**6:09-24322** **Dennis Lee Montgomery and Brenda Kathleen Montgomery** **Chapter 7**

**#44.00** Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE:

MOVANT: MICHAEL JOSEPH FLYNN

Docket #: 60

**Courtroom Deputy:**

11/3/09 - Thomas Casey, (949)766-8787 x 100, has been approved for telephonic appearances on 11/10/09 @ 10am

**Tentative Ruling:**

(Status conference in adversary proceeding is set for December 2, 2009 at 2:00 p.m.)

Grant motion, without waiver of Rule 4001(a)(3). Clarify in order that movant will have relief from stay to proceed to judgment only and not to enforce the judgment as against property of debtor or debtor's bankruptcy estate. Hold related adversary proceeding in abeyance pending outcome of litigation in nonbankruptcy court to ensure that debtor will not be required to litigate in two fora simultaneously. ] *

Party Information

Debtor(s):

Dennis Lee Montgomery — Represented By
Joseph A Eisenberg
Thomas M Geher

Joint Debtor(s):

Brenda Kathleen Montgomery — Represented By
Joseph A Eisenberg
Thomas M Geher

Movant(s):

Michael Joseph Flynn